IDA WARONEN, as Administratrix, etc., Respondent, v. ARTHUR McMULLEN COMPANY and Another, Defendants, Impleaded with NEW YORK, WESTCHESTER AND BOSTON RAILWAY COMPANY, Appellant.— Order affirmed,

with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.